No. 66517.—Saks Fifth Avenue *v.* United States, protest 259700–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon knit wearing apparel similar in use to silk knit wear-

ing apparel and following *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.